**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

October 24, 2012

**VIA ECF**

The Honorable Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:**   **Reizes et al v. Nationwide**
         **11 CV 5896 (CBA)**

Dear Magistrate Judge Pohorelsky:

I represent the plaintiffs in the above matter. Please be advised that the parties have resolved the matter. I believe that we can have a stipulation filed in about thirty days. Therefore, we request that the conference scheduled for October 26, 2012 be adjourned.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc:   Sara L. Markert, Esq.