*The Clerk of the Court is directed to close this case*

*So Ordered* s/CBA

11/21/12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MENDEL REIZES, AND DOVI LOWENBEIN, on behalf of themselves and all similarly situated consumers,

                      Plaintiffs,

-against-

NATIONWIDE CREDIT, INC.

                      Defendant.

Case No.: 11-CV-05896-CBA-VVP

Chief Judge Carol Bagley Amon

JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE

---

WHEREAS the above entitled action has been compromised and settled, it is hereby:

STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action be hereby discontinued with prejudice, without costs to either party as against the other.

Dated: November 20, 2012

| | |
|---|---|
| **ADAM J. FISHBEIN, P.C.** | **HOUSER & ALLISON,**<br>**A Professional Corporation** |
| /s/_____<br>Adam J. Fishbein<br>483 Chestnut Street<br>Cedarhurst, New York 11516<br>Telephone (516) 791-4400<br>Telecopier (516) 791-4411<br>Email: fishbeinadamj@gmail.com<br>*Counsel for Plaintiffs* | /s/_____<br>Sara L. Markert, Esq.<br>60 E. 42nd Street, Suite 1148<br>New York, New York 10165<br>Telephone: (212) 490-3333<br>Facsimile: (212) 490-3332<br>Email: smarkert@houser-law.com<br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2012, I electronically filed JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Plaintiffs, MENDEL REIZES, AND DOVI LOWENBEIN, via their counsel of record – Adam J. Fishbein, Esq.

And, I hereby certify that, to the best of my knowledge and information, there are no other participants on this case requiring service by any means.

Dated: November 20, 2012

**HOUSER & ALLISON,**
**A Professional Corporation**

*/s/ Sara L. Markert*
Sara L. Markert, Esq.
60 E. 42nd Street, Suite 1148
New York, New York 10165
Telephone: (212) 490-3333
Facsimile: (212) 490-3332
Email: smarkert@houser-law.com
*Counsel for Defendant*

2